# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE STEVEN E. JONES.

No. 69870

FILED

MAY 10 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK



## ORDER ADMINISTRATIVELY CLOSING CASE

This matter was docketed in this court on March 1, 2016, with the filing of a certified copy of the Findings of Fact, Conclusions of Law and Order Imposing Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the supreme court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

, C.J.

cc:     MacDonald & Associates
        Law Offices of Kathleen M. Paustian, Chartered
        Nevada Commission on Judicial Discipline

16-14615